```
           IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FORT SMITH DIVISION
```

GEORGE D. WALLACE, SR.                                  PLAINTIFF

    V.                      Civil No. 08-2062

SHERIFF FRANK ATKINSON'
JAIL ADMINISTRATOR MIKE
CONGER; JAIL NURSE; DEPUTY
GONZALEZ and DEPUTY BRANNAN                             DEFENDANTS

## O R D E R

On this 13th day of February 2009, there comes on for consideration the report and recommendation filed in this case on January 14, 2009, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. (Doc. 20). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendants' Motions to Dismiss (Docs. 16 & 18) are GRANTED, and Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE for failure to prosecute and to obey the orders of this Court. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

                                      /s/ Robert T. Dawson
                                      Honorable Robert T. Dawson
                                      United States District Judge

**AO72A**
**(Rev. 8/82)**